# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

**Debtor:** Johnny Unitas Collins     **SS#** XXX-XX- 5117
**CoDebtor:**     **SS#** XXX-XX-
**Address:** 4636 Hill Gail Drive
Memphis, TN 38141

**First Payment Date:** Within 30 days

**Plan Payment:** Debtor(s) to pay $ 882.00 monthly

**Payroll Deduction:** _____

**(X) Direct pay because:** Debtor is disabled and receives disability.

**Administrative:** Pay filing fees, Trustee fee, and Debtor's Attorney fee, pursuant to Court Order.

**AUTO INSURANCE:** **(X)** Not included in plan **( )** Included in plan

**CHILD SUPPORT:** **Future support through plan to:**     **MONTHLY PYMT**
$ _____
$ _____

**Child support arrearage:**
$ _____
$ _____

**PRIORITY CREDITORS:** _____
$ _____
$ _____

**HOME MORTGAGE:** If no arrearage, ongoing payments are to be paid directly by the Debtor(s). Otherwise, the Chapter 13 Trustee shall serve as the disbursing agent.

| Creditor | | | |
|---|---|---|---|
| Ocwen Loan Servicing | ongoing payment begin _____, 2014 | | $OUTSIDE PLAN |
| | Approximate arrearage $_____; interest 0 % | | $_____ |
| | ongoing payment begin _____, 2014 | | $_____ |
| | Approximate arrearage $_____; interest _____% | | $_____ |
| | ongoing payment begin _____, 2014 | | $_____ |
| | Approximate arrearage $_____; interest _____% | | $_____ |

**SECURED CREDITORS:** Retain lien 11 U.S.C. 1325(a)(5). Adequate protection will be ¼ (25%) of proposed creditor monthly payment.

| NAME OF CREDITOR | VALUE COLLATERAL | INT RATE | MONTHLY PYMT |
|---|---|---|---|
| Navy Federal Credit Union (2011 Saab 9-5 4D Sedan Turbo) | $ 17,325.00 | 5 % | $ 327.00 |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |
| Navy Federal Credit Union- Per Divorce Order- Class I | $ 861.00 | 10 % | $ 25.00 |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |
| | $_____ | _____% | $_____ |

**ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED DEBTS.**
**GENERAL UNSECURED CREDITORS** will receive **TBD** %
**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:** $ 52,264.00
**TERMINATION:** Plan shall terminate upon payment of the above, approximately **60** months.
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN**